No. —, original. EX PARTE JOHN DYE;

No. —, original. EX PARTE FRANK L. ROBERSON;

No. —, original. EX PARTE TAYLOR SEALS;
No. —, original. EX PARTE LINDLEY J. HANSEN;
No. —, original. EX PARTE ROY WHITSON; and
No. —, original. EX PARTE SELVIE W. WELLS. October 14, 1940. The motions for leave to file petitions for writs of habeas corpus are denied.